*Friday, June 11, 1999*

## MOTION DOCKET

**99–1041. State ex rel. Wright v. Ohio Bur. of Motor Vehicles.**
Cuyahoga App. No. 76044. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for stay of driver's license suspension during pendency of these appeal proceedings,
IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.
DOUGLAS and COOK, JJ., dissent.

*Tuesday, June 15, 1999*

## MISCELLANEOUS DISMISSALS

**99–578. Litton Sys., Inc. v. Tracy.**
Board of Tax Appeals, No. 95–A–1001. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellant has not filed a merit brief, due June 7, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**99–654. State ex rel. Penn v. Horn.**
Cuyahoga App. No. 75697. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due June 7, 1999, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**99–973. State ex rel. Dist. 1199, Health Care & Social Serv. Union, SEIU, AFL–CIO.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, June 16, 1999*

## MERIT DOCKET

**99–797. State ex rel. Ritter v. Ghee.**
In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–890. Turner v. Wilkinson.**
In Habeas Corpus. On petition for writ of habeas corpus by Kenneth A. Turner. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–928. Augustine v. State.**
In Habeas Corpus. On petition for writ of habeas corpus by William A. Augustine. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
LUNDBERG STRATTON, J., concurs because of a lack of service.